430 A.2d 1153

**COMMONWEALTH of Pennsylvania,**

v.

**Lewis J. HARE, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued May 21, 1981.

Decided June 4, 1981.

Bruce C. Bankenstein, Pittsburgh, for appellant.

John C. Uhler, Dist. Atty., Sheryl Ann Dorney, Asst. Dist. Attys., for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION

PER CURIAM:

Judgment of sentence affirmed.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.